

# IN THE
# TENTH COURT OF APPEALS

## No. 10-12-00349-CV

## EX PARTE H.L.S., JR.

**From the 66th District Court
Hill County, Texas
Trial Court No. 50,243**

## MEMORANDUM OPINION

H.L.S., Jr. filed a petition to expunge various charges from his record. The trial court denied the petition and H.L.S. appealed. H.L.S.'s brief in this appeal was due on February 22, 2013. It was not filed. By letter dated March 4, 2013, the Clerk of this Court notified H.L.S. that no brief had been filed and warned H.L.S. that the appeal would be dismissed for want of prosecution unless, within 21 days of the date of the letter, a response was filed showing grounds for continuing the appeal. *See* TEX. R. APP. P. 38.8(a)(1) and 42.3. More than 21 days have passed and H.L.S. has not responded.

This appeal is dismissed. *Id*. 42.3(b).

Absent a specific exemption, the Clerk of the Court must collect filing fees at the time a document is presented for filing. TEX. R. APP. P. 12.1(b); Appendix to TEX. R. APP.

P., Order Regarding Fees (Amended Aug. 28, 2007, eff. Sept. 1, 2007). *See also* TEX. R. APP. P. 5; 10TH TEX. APP. (WACO) LOC. R. 5; TEX. GOV'T CODE ANN. §§ 51.207(b); 51.208 (West Supp. 2012); § 51.941(a) (West 2005). Under these circumstances, we suspend the rule and order the Clerk to write off all unpaid filing fees in this case. TEX. R. APP. P. 2. The write-off of the fees from the accounts receivable of the Court in no way eliminates or reduces the fees owed.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Appeal dismissed
Opinion delivered and filed April 11, 2013
[CV06]